IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 11-cv-01725-WYD-MJW

CHRISTINA PERKINS,

    Plaintiff,

v.

MIDLAND CREDIT MANAGEMENT, INC., a Kansas corporation,

    Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) [ECF No. 6] and being fully advised in the premises, hereby

ORDERS that this case is Dismissed with Prejudice, with each party to pay her or its own attorney's fees and costs.

Dated: August 26, 2011.

                                              BY THE COURT:

                                              s/ Wiley Y. Daniel
                                              WILEY Y. DANIEL,
                                              CHIEF UNITED STATES DISTRICT JUDGE